IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 7:07CR00010 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| TONY MAJETTE, | ) | |
| | ) | By: Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ADJUDGED AND ORDERED**

that the defendant's motion to suppress shall be and hereby is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant and counsel of record for the government.

ENTER: This 16th day of November, 2007.

Judge James C. Turk
Senior United States District Judge